IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIAN DUCHESNE, | ) | |
| Plaintiff(s), | ) | No. C 05-3890 CRB (PR) |
| vs. | ) | ORDER OF DISMISSAL |
| LAURIE SMITH, et al., | ) | |
| Defendant(s). | ) | |

Per order filed on February 15, 2006, the court dismissed plaintiff's prisoner action under the authority of 28 U.S.C. § 1915A(b) and gave him "leave to amend to file a simple, concise and direct amended complaint which states clearly and succinctly how each and every defendant is alleged to have actually and proximately cause the deprivation of plaintiff's federally-protected rights." Feb. 15, 2006 Order at 2 (citation omitted). The court warned plaintiff that failure to file a proper amended complaint within 30 days would result in the dismissal of this action. Id.

More than 60 days have elapsed and plaintiff has not filed an amended complaint or sought an extension of time to do so. The action is DISMISSED.

The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED: April 21, 2006

CHARLES R. BREYER
United States District Judge